

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2015

No. 04-14-00820-CV

Buddy **CASTEEL** and Jaret B. Casteel,
Appellants

v.

Amelia **STAYTON** and Ray Baugh,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2014-3228-DC
Honorable Watt Murrah, Judge Presiding

## O R D E R

On January 30, 2015, this court issued an order directing appellant's counsel to show cause why this case should not be dismissed for want of prosecution. On February 5, 2015, appellant's counsel filed a response to the order and a motion for extension of time seeking an additional thirty days to file appellant's brief. The motion is GRANTED. Appellant's brief is due to be filed no late than February 19, 2015. ***Absent extenuating circumstances, no further extensions will be granted.***

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court